**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01062-NYW

JEREMIAH J. KENNEDY,

      Applicant,

v.

COLORADO DEPARTMENT OF CORRECTIONS, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

      Defendants.

---

**ORDER SETTING DEADLINE FOR FILING OF PILOT PROGRAM CONSENT FORM**

---

      This case has been directly assigned to Magistrate Judge Nina Y. Wang pursuant to the Pilot Program to Implement the Direct Assignment of Civil Cases to Full Time Magistrate Judges.  The parties are expected to become familiar with the Pilot Program.

      IT IS ORDERED that the Parties shall complete and file the Pilot Program Consent Form indicating either unanimous consent of the Parties or that consent has been declined, on or before:

**November 2, 2015**

IT IS FURTHER ORDERED that a copy of this Order is to be sent to the following:

CASE MANAGER FOR
JEREMIAH J. KENNEDY #131117
ARROWHEAD CORRECTIONAL CENTER (ACC)
UNIT A
PO BOX 300
CANON CITY, CO 81215-0300

DATED: October 5, 2015                    BY THE COURT:


                                          s/Nina Y. Wang_____
                                          United States Magistrate Judge