IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 15-cv-01062-WJM

JEREMIAH J. KENNEDY,

    Applicant,

v.

COLORADO DEPARTMENT OF CORRECTIONS, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.
_____

**ORDER FOR STATE COURT RECORD**
_____

After preliminary consideration of the second amended Application for a Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254, it is

ORDERED that, within thirty days from the date of this order, the Respondents shall file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Applicant's state court proceedings in Arapahoe County District Court Case No. 07CR2692, including all documents in the state court file and transcripts of all proceedings conducted in the state court and any physical evidence that is relevant to the asserted claims. It is

FURTHER ORDERED that the Clerk of the Court is directed to send copies of this order to the following:

    (1)    Clerk of the Court
            Arapahoe County District Court
            7325 S. Potomac Street
            Centennial, Colorado 80112; and

(2) Court Services Manager
State Court Administrator's Office
1300 Broadway, Suite 1200
Denver, Colorado 80203.

Dated this 3rd day of November, 2015.

BY THE COURT:

_____
William J. Martinez
United States District Judge