**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 15-cv-01062-WJM

JEREMIAH J. KENNEDY,

    Applicant,

v.

COLORADO DEPARTMENT OF CORRECTIONS, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a), and the Order Denying Application For Writ Of Habeas Corpus, entered by the Honorable William J. Martínez, United States District Judge, on February 29, 2016, it is

ORDERED that the Second Amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (ECF No. 9) is denied and this case is dismissed with prejudice. It is

FURTHER ORDERED that there is no basis on which to issue a certificate of appealability pursuant to 28. U.S.C. § 2254(c). It is

FURTHER ORDERED that each party shall bear their own attorney's fees and costs.

Dated at Denver, Colorado this 1st day of March, 2016.

                BY THE COURT:
                JEFFREY P. COLWELL, CLERK

                By:   s/Deborah Hansen
                Deborah Hansen, Deputy Clerk